UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Roach, et al.,

Plaintiffs,

v.

Premium Merchant Funding LLC, et al.,

Defendants.

26-CV-1139 (DEH)

Tyler Cardosa, et al.,

Plaintiffs,

v.

Premium Merchant Funding One, LLC, et al.,

Defendants.

26-CV-5429 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the Letter from Plaintiffs in these actions, ECF No. 41 in the *Roach* Action, No. 26 Civ. 1139, in which Plaintiffs request consolidation of these two actions. The Letter states that Defendants in the *Roach* Action do not consent to consolidation. By no later than **October 30, 2026**, Defendants in the two actions are both directed to file a letter in response to Plaintiffs' request, of no more than three pages.

SO ORDERED.

Dated: October 23, 2026
New York, New York

DALE E. HO
United States District Judge